**96–2495. In re Judicial Campaign Complaint Against Hildebrandt.**
This matter is pending before the court upon respondent's notice of appeal from the January 27, 1997 order of the Commission of Judges. Upon consideration of respondent's application for dismissal of his appeal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that respondent's appeal be, and hereby is, dismissed.

*Thursday, May 22, 1997*

## MOTION DOCKET

**97–728. Cleveland Police Patrolmen's Assn. v. Cleveland.**
Cuyahoga App. No. 70380. This cause is pending before the court as a discretionary appeal. Upon consideration of appellee's motion to vacate April 30, 1997 entry and strike motion for stay or, in the alternative, motion for sanctions,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

LUNDBERG STRATTON, J., concurs, but would grant seven days to respond and would then have this court reconsider the stay.

## DISCIPLINARY DOCKET

**96–2375. Disciplinary Counsel v. Vazquez.**
This cause originated upon the filing of a Final Report by the Board of Commissioners on Grievances and Discipline. Upon consideration of the report, this court ordered, on April 23, 1997, that respondent be suspended from the practice of law for a period of eighteen months and that six months of the suspension be stayed, with a period of probation for one year on conditions. On May 5, 1997, respondent filed a motion for reconsideration that includes as Exhibit 1 a document titled "Brief of Respondent in Support of Objections to the Findings of Fact and Recommendation of the Board of Commissioners on Grievances and Discipline," which was due December 10, 1996. S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a brief that is not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that Exhibit 1 to respondent's motion for reconsideration ("Brief of Respondent in Support of Objections to the Findings of Fact and Recommendation of the Board of Commissioners on Grievances and Discipline") be, and hereby is, stricken.